UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN KIRBY,

    Plaintiff,

-vs-                                    Case No. 6:07-cv-1703-Orl-18GJK

APPLIANCE DIRECT, INC.,

    Defendant.

---

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration following oral argument on the following motion:

| | |
|---|---|
| MOTION: | SECOND AMENDED PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 25) |
| FILED: | February 20, 2009 |
| THEREON | it is RECOMMENDED that the motion be DENIED. |

I.    BACKGROUND

On October 25, 2007, Susan Kirby (the "Plaintiff") filed a complaint ("Complaint") against Appliance Direct, Inc. ("Defendant") alleging sexual harassment and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"). Doc. No. 1. Plaintiff alleged damages in excess of $75,000.00, exclusive of costs, interest, and attorney's fees. *Id.* On November 19,